

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00380-CV

Leola **STUART,**
Appellant

v.

Estelita **JUDSON,**
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 391869
Honorable Tina Torres, Judge Presiding

# **O R D E R**

Appellant's brief was due August 11, 2014. Neither the brief nor a motion for extension of time was filed.

We therefore **order** appellant to file in this court **on or before September 2, 2014**, her appellant's brief and a written response reasonably explaining her failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_____
Keith E. Hottle
Clerk of Court